BRIAN A. NEWMAN for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 316-6622; Fax (310) 316-5511
email: jjnewbee@sbcglobal.net
CA State Bar #89975
MARK HAUSHALTER for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 543-7708; Fax (310) 316-2306
email: southbaylawyer.com
CA State Bar #208935
Attorneys for Defendant Jimmy Alejandro Jarquin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:12-CR-00406-MMC-1 |
| Plaintiff, | |
| v. | **[PROPOSED]** **ORDER MODIFYING CONDITIONS OF RELEASE** |
| JIMMY ALEJANDRO JARQUIN, | |
| Defendant. | |

<del>[PROPOSED]</del> ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Jimmy Alejandro Jarquin's request for modification of bond is granted.

IT IS FURTHER ORDERED that Mr. Jarquin shall be allowed to travel to Long Beach, California from November 2, 2012 through November 5, 2012.

IT IS FURTHER ORDERED that Mr. Jarquin shall provide Pretrial Services with a detailed itinerary of his travel arrangements as well as a contact address and telephone number while traveling.

IT IS FURTHER ORDERED that all other terms and conditions of pretrial supervision remain in effect.

IT IS SO ORDERED.

DATED: October 29, 2012

THE HONORABLE MAXINE M. CHESNEY
United States District Judge