MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY  (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0406 MMC |
|     Plaintiff, | |
|     v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| JOHNNY RAY BURTON, and DAWN MCCANN, | |
|     Defendants. | |

      The Court has set November 14, 2012, as the date for a further status hearing or a change of plea in this matter.  The parties have been waiting for additional discovery, namely, the DEA Lab Report on the testing of the controlled substance at issue, Gamma-Hydroxybutyric Acid (GHB).  The DEA only recently provided this report, and it will be produced to the defendants shortly.  The parties respectfully request that the hearing be put over to January 16, 2013, for a possible change of plea or motions and trial setting hearing.

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

The parties further request that time between these dates be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: November 13, 2012          /s/
        KEVIN J. BARRY
        Assistant United States Attorney

DATED: November 13, 2012          /s/
        JULIA MEZHINSKY JAYNE
        Attorney for JOHNNY RAY BURTON

DATED: November 13, 2012          /s/
        GEORGE BOISSEAU
        Attorney for DAWN MCCANN

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 14, 2012 through January 16, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

Further, the status conference is CONTINUED from November 14, 2012 to January 16, 2013, at 2:15 p.m.

IT IS SO ORDERED.

DATED: November 14, 2012         THE HONORABLE MAXINE M. CHESNEY
        United States District Judge

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann    2