Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
DAWN McCANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-0406-MMC |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING OUT-OF-DISTRICT TRAVEL |
| v. ) | |
| DAWN McCANN, ) | |
| Defendant. ) | |

    Upon the request of the defendant, DAWN McCANN, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because defendant has a family vacation planned in Southern California which may require travel in both the Central and Southern District of California,

    Defendant shall be allowed to travel to the Central and Southern Districts of California for her family vacation from December 21, 2012 to January 2, 2013. Pre-Trial Services shall impose any reasonable conditions upon defendant while she is staying in the Central and Southern Districts of California in their discretion.

    Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: December 17, 2012

/s/
GEORGE C. BOISSEAU
Attorney for Defendant
DAWN McCANN

IT IS SO STIPULATED.

Dated: December 17, 2012

/s/
KEVIN BARRY
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

Defendant shall be allowed to travel to the Central and Southern Districts of California for her family vacation from December 21, 2012 to January 2, 2013. Pre-Trial Services shall impose any reasonable conditions upon defendant while she is staying in Southern California in their discretion.

Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated: 12/19/12

_____
JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California