BRIAN A. NEWMAN for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 316-6622; Fax (310) 316-5511
email: jjnewbee@sbcglobal.net
CA State Bar #89975
MARK HAUSHALTER for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 543-7708; Fax (310) 316-2306
email: southbaylawyer.com
CA State Bar #208935
Attorneys for Defendant Jimmy Alejandro Jarquin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:12-406-MMC |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF BOND |
| vs. | |
| JIMMY ALEJANDRO JARQUIN, | |
| Defendant. | |

1

Pursuant to the Court's determination on November 28, 2012,

IT IS HEREBY ORDERED that the terms and conditions of bond for Jimmy Alejandro Jarquin are hereby modified. Specifically, the drug testing provisions are hereby ~~terminated~~ modified, nunc pro tunc to November 28, 2012, from mandatory drug testing to testing at the discretion of the pretrial services officer if deemed appropriate.

IT IS FURTHER ORDERED that all other terms and conditions of pretrial supervision remain in effect.

IT IS SO ORDERED.

Dated: January 4, 2013

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE