MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY  (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0406 MMC |
|     Plaintiff, | |
|   v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| JOHNNY RAY BURTON, and DAWN MCCANN, | |
|     Defendants. | |

      The Court has set May 1, 2013, as the date for a further status hearing or a change of plea in this matter.  The government will be making plea offers and finalizing discovery in the next day, and the parties will be prepared for changes of plea or motions / trial setting in three weeks, on May 29, 2013.

      The parties further request that time between these dates be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: April 30, 2013                    /s/
                                KEVIN J. BARRY
                                Assistant United States Attorney

DATED: April 30, 2013                    /s/
                                JULIA MEZHINSKY JAYNE
                                Attorney for JOHNNY RAY BURTON

DATED: April 30, 2013                    /s/
                                GEORGE BOISSEAU
                                Attorney for DAWN MCCANN

## [PROPOSED] ORDER

For the reasons stated above, the Court sets a change of plea or motions / trial setting date for May 29, 2013. It also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 1, 2013 through May 29, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 30, 2013

                                THE HONORABLE MAXINE M. CHESNEY
                                United States District Judge