JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup*
JAYNE LAW GROUP, PC
425 California Street, Suite 550
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JOHNNY RAY BURTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY BURTON, and<br>DAWN MCCANN<br><br>Defendants. | No. CR 12-0406 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CHANGING HEARING DATE**<br>**AND EXLUDING TIME [AMENDED]** |

The Court has set July 10, 2013 as the date for a further status hearing or a change of plea in this matter. As per Judge Chesney's unavailability and the parties' pre-trial discussions, the parties will be prepared for changes of plea or motions / trial setting in four weeks, on August 14, 2013.

The parties further request that time between these dates be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 12, 2013

/s/
_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: July 12, 2013

/s/
_____
JULIA MEZHINSKY JAYNE
Attorney for JOHNNY RAY BURTON

DATED: July 12, 2013

/s/
_____
GEORGE BOISSEAU
Attorney for DAWN MCCANN

### [PROPOSED] ORDER

For the reasons stated above, the Court sets a change of plea or motions / trial setting date for August 14, 2013. It also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 10, 2013 through August 14, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 15, 2013

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge