1

[PROPOSED] ORDER

2      GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Jimmy

3   Alejandro Jarquin's request for modification of bond is granted.

4      IT IS FURTHER ORDERED that Mr. Jarquin shall be allowed to

5   travel to Carson, California to compete in a Jiu Jitsu Tournament

6   from September 6, 2013 through September 8, 2013; and travel to

7   Long Beach, California  to compete in a Jiu Jitsu Tournament from

8   from October 4, 2013 through October 6, 2013.

9      IT IS FURTHER ORDERED that Mr. Jarquin shall provide

10  Pretrial Services with a detailed itinerary of his travel

11  arrangements as well as a contact address and telephone number

12  while traveling.

13     IT IS FURTHER ORDERED that all other terms and conditions of

14  pretrial supervision remain in effect.

15     IT IS SO ORDERED.

16

17

18  DATED: ___8/30/13___      _____
                              THE HONORABLE JOSEPH C. SPERO
19                            United States District Magistrate Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
3:12-CR-00406-MMC (JCS)-1        2

1  BRIAN A. NEWMAN for
   OKABE & HAUSHALTER
2  225 Avenue I, Suite 201
   Redondo Beach, California  90277
3  (310) 316-6622; Fax (310) 316-5511
   email: jjnewbee@sbcglobal.net
4  CA State Bar #89975
   MARK HAUSHALTER for
5  OKABE & HAUSHALTER
   225 Avenue I, Suite 201
6  Redondo Beach, California  90277
   (310) 543-7708; Fax (310) 316-2306
7  email: southbaylawyer.com
   CA State Bar #208935
8  Attorneys for Defendant Jimmy Alejandro Jarquin

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,     )  CR No.  3:12-CR-00406-MMC  (JCS)-1
                                  )
15        Plaintiff,              )
                                  )  **[PROPOSED]  ORDER MODIFYING
16    v.                          )  CONDITIONS OF RELEASE**
                                  )
17  JIMMY ALEJANDRO JARQUIN,      )
                                  )
18        Defendant.              )
    _____)

19

20

21

22

23

24

25

26

27

28

1    numerous occasions without incident.

2         8.    Mr. Jarquin agrees to provide Pretrial Services with a

3    detailed itinerary and to obey all of their rules and

4    regulations.

5         I declare under penalty of perjury that the aforementioned

6    is true and correct and if called as a witness I could testify

7    competently thereto.

8         Dated this 28th day of August, 2013 at Redondo Beach,

9    California.

10        /S/
     BRIAN A. NEWMAN
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF BRIAN A. NEWMAN

I, BRIAN A. NEWMAN declare:

1.    I am licensed to practice law before this court, the United States District Court for the Northern District of California, and all courts in the State of California.

2.    I am an attorney of record for Defendant Jimmy Alejandro Jarquin in an action in the United States District Court for the Northern District of California.

3.    Mr. Jarquin has contacted counsel with regard to traveling to Carson, California to compete in a Jiu Jitsu Tournament from September 6, 2013 through September 8, 2013; and regarding traveling to Long Beach, California  to compete in a Jiu Jitsu Tournament from from October 4, 2013 through October 6, 2013.

4.    Mr. Jarquin would travel via automobile with colleagues and stay at a local hotel for the September travel and via commercial airline and stay at a local hotel for the October travel.

5.    On August 28, 2013 Assistant United States Attorney Kevin Barry was notified with regard to this request.  Mr. Barry informed this Declarant that he has no objection and authorized this Declarant to sign his name to this Stipulation.

6.    On August 28, 2013 United States Pretrial Services Officer Josh Libby was left a detailed voicemail message with regard to this request. As of this date he has not informed this Declarant as to his position to this request.

7.    Mr Jarquin has been granted permission to travel on

STIPULATION MODIFYING CONDITIONS OF RELEASE
3:12-CR-00406-MMC (JCS)-1          3

1

2    Mr. Jarquin would travel via automobile with colleagues and

3  stay at a local hotel for the September travel and via commercial

4  airline and stay at a local hotel for the October travel.

5    All other terms and conditions would remain in effect.

6    On August 28, 2013, Assistant United States Attorney Kevin

7  Barry informed the undersigned that he has no objection to this

8  request and authorized the undersigned to sign his name to this

9  Stipulation.

10   On August 28, 2013 United States Pretrial Services Officer

11  Josh Libby was contacted with regard to this request.  As of this

12  date, Mr. Libby has not informed the undersigned assistant as to

13  his position regarding the request.  It should be noted that Mr.

14  Jarquin has been allowed to travel without incident on numerous

15  occasions.

16  SO STIPULATED:

17  DATED: August 28, 2013

                              /s/
18  _____
                              BRIAN A. NEWMAN
                              Attorney for JIMMY ALEJANDRO JARQUIN

19

20                            MELINDA HAAG
                              United States Attorney
21

22  DATED: August 28, 2013    *Kevin J. Barry*
23  _____
                              KEVIN J. BARRY
                              Assistant United States Attorney
24                            [VIA EMAIL AUTHORIZATION]

25

26

27

28

BRIAN A. NEWMAN for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 316-6622; Fax (310) 316-5511
email: jjnewbee@sbcglobal.net
CA State Bar #89975
MARK HAUSHALTER for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 543-7708; Fax (310) 316-2306
email: southbaylawyer.com
CA State Bar #208935
Attorneys for Defendant Jimmy Alejandro Jarquin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 3:12-CR-00406-MMC (JCS)-1 |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | ) ) | |
| JIMMY ALEJANDRO JARQUIN, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN Brian A. Newman, attorney for Defendant Jimmy Alejandro Jarquin and Assistant United States Attorney Kevin Barry that Mr. Jarquin's conditions of bond be modified, specifically that he be allowed to travel to Carson, California to compete in a Jiu Jitsu Tournament from September 6, 2013 through September 8, 2013; and travel to Long Beach, California  to compete in a Jiu Jitsu Tournament from from October 4, 2013 through October 6, 2013.

STIPULATION MODIFYING CONDITIONS OF RELEASE
3:12-CR-00406-MMC (JCS)-1